(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Francheska Brizan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: 1:06-CR-00059 AWI** |
| Plaintiff, ) | **STIPULATION AND ORDER REGARDING MODIFICATION OF PRETRIAL CONDITIONS AS TO "TRAVEL RESTRICTIONS" TO INCLUDE TRAVEL IN THE NORTHERN DISTRICT OF CALIFORNIA** |
| vs. ) | |
| FRANCHESKA BRIZAN, et al., ) | |
| Defendant. ) | |

It is hereby stipulated between the parties that the defendant, Francheska Brizan's pretrial release conditions as to "travel restrictions" be modified to include travel within the Northern District (as it currently allows travel only within the Eastern District without prior permission of Pretrial Services).  Pretrial Services Officer, Kim Dalton, is in agreement with this modification.

DATED:  November 30, 2006           /s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Francheska Brizan

DATED:  November 30, 2006           /s/ Karen A. Escobar
_____
KAREN A. ESCOBAR,
Attorney for Plaintiff, United States of America

///

///

# ORDER

IT IS SO ORDERED that defendant, Francheska Brizan's pretrial release conditions regarding travel restrictions is hereby modified to include travel within the Eastern and Northern Districts of California unless otherwise approved in advance by Pretrial Services.

IT IS SO ORDERED.

**Dated:   December 5, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE