**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant,**
**FRANCHESKA BRIZAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 06CR00059 AWI |
| ) | |
| Plaintiff,   ) | |
| ) | ORDER EXTENDING TIME TO |
| vs.   ) | FILE/SUPPLEMENT PRETRIAL |
| ) | MOTIONS |
| FRANCHESKA BRIZAN, et al.   ) | |
| ) | |
| Defendants   ) | |
| _____   ) | |

   GOOD CAUSE APPEARING from Defendant's EX PARTE APPLICATION TO EXTEND TIME IN WHICH TO FILE PRE-TRIAL MOTIONS AND/OR SUPPLEMENT PENDING MOTION(S) an DECLARATION OF JOSEPH SHEMARIA,

   IT IS HEREBY ORDERED that the date in which the Defendant herein may file pre-trial motions and/or supplement any pending motion(s) in the above-entitled case is extended from April 16, 2007

-1-

United States of America v. Francheska Brizan
Ex Parte Application for Order to
Extend Time to File Pre-Trial Motions
Case No. CR-06-00059 AWI

```
 1
 2
    to May 14, 2007.
 3
            IT IS SO ORDERED.
 4
 5      Dated:    April 18, 2007                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE
 6
 7
 ...
28
```

-2-

United States of America v. Francheska Brizan
Ex Parte Application for Order to
Extend Time to File Pre-Trial Motions
Case No. CR-06-00059 AWI