LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
FRANCHESKA BRIZAN

FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06-CR-00059-AWI |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER PERMITTING |
| vs. ) | TRAVEL TO ILLINOIS FROM JULY |
| ) | 12 OR 13, 2008 TO JULY 17, |
| FRANCHESKA BRIZAN, et al., ) | 2008 TO ATTEND FUNERAL |
| ) | |
| Defendants. ) | |

The Court, having read and considered Defendant's EX PARTE APPLICATION and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Order for pretrial release in the above-captioned case, is hereby modified so as to permit Defendant to travel to Illinois from either July 12 or 13, 2008 until July 17, 2008 in order to attend the funeral of her grandfather.

IT IS SO ORDERED
This _11_ day of July, 2008.

_____
HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

-1-

United States of America v. Francheska Brizan
ORDER On Application to Travel;
Case No. 06-cr-00059-AWI