LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
FRANCHESKA BRIZAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 06-CR00059-AWI |
| Plaintiff | ORDER PERMITTING DEFENDANT TO TRAVEL TO TACOMA, WASHINGTON, FOR THANKSGIVING HOLIDAY |
| vs. | |
| FRANCHESKA BRIZAN, et al., | |
| Defendants. | |

The Court, having read and considered Defendant's EX PARTE APPLICATION and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Order for pretrial release in the above-captioned case, is hereby modified so as to permit Defendant to travel to Tacoma, Washington, from November 26, 2008, until December 2, 2008, for the Thanksgiving holiday.

IT IS SO ORDERED.

Dated:   November 24, 2008              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE