IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>FRANCHESKA BRIZAN,  )<br>)<br>Defendant.  )<br>_____ ) | CASE No. 1:06-cr-00059-AWI (008)<br><br>ORDER EXONERATING<br>PROPERTY BOND |

Bail Review Hearing was held on May 14, 2009 , in regards to defendant Francheska Brizan (008).  The defendant's conditions of Pretrial Services Release have been modified.  The property bond posted by Karl Rogers and Felicia Rogers, Deed [Doc. 94] , receipt no. 101-9154 and recorder number 18975095 on behalf of the above defendant is hereby Ordered EXONERATED.

IT IS SO ORDERED.

**Dated:    June 1, 2009**                                  **/s/ Sandra M. Snyder**
                                                                      UNITED STATES MAGISTRATE JUDGE

9/26/96 exonbnd.frm

1