LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
FRANCHESKA BRIZAN

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-CR-00059-AWI |
| ) | |
| Plaintiff, ) | ORDER PERMITTING TRAVEL TO TACOMA, WASHINGTON FROM JULY 28, 2009 TO AUGUST 5, 2009 |
| v. ) | |
| FRANCHESKA BRIZAN, et al., ) | |
| Defendants. ) | |

The Court, having read and considered Defendant's EX PARTE APPLICATION and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Order for pretrial release in the above-captioned case is hereby amended so as to allow Defendant to travel to Tacoma, Washington, under such terms and such terms and conditions as Pretrial Services may set from July 28, 2009 until August 5, 2009.

IT IS SO ORDERED.

**Dated:   July 24, 2009**               /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE