IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:1:06-CR-00059-AWI |
| Plaintiff, | ) ) | ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | [Document # *527*] |
| FRANCHESKA BRIZAN, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING from the STIPULATION CONTINUING SENTENCING HEARING filed by defense counsel on December 9, 2009,

IT IS HEREBY ORDERED that the sentencing hearing date is continued from December 14, 2009 to January 18, 2010 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:    December 10, 2009**              **/s/ Anthony W. Ishii**
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE