LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
1801 Century Park East, Suite 2400
Los Angeles, California 90067

Telephone: (310) 278-2660

Attorney for Defendant,
FRANCHESKA BRIZAN

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-CR-00059-AWI |
| ) Plaintiff, ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | |
| FRANCHESKA BRIZAN, et al., ) | |
| ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING THEREFOR,

The Defendant's Ex Parte Application for an ORDER Continuing the Sentencing Hearing from January 19, 2010 to February 22, 2010 is hereby GRANTED. The Sentencing Hearing is hereby ordered continued from January 19, 2010 to February 22, 2010 at 11:00 a.m.

IT IS SO ORDERED.

Dated:   **January 15, 2010**          **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE