Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Francheska Brizan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:06-cr-00059 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION REGARDING SENTENCING DATE** |
| FRANCHESKA BRIZAN, | ) | |
| Defendant | ) | |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANCHESKA BRIZAN, and Karen Escobar, Assistant United States Attorney, that the sentencing hearing be continued from February 22, 2010, at 11:00 a.m., to March 29, 2010, at 9:00 a.m.

   .

Dated: February 18, 2010          Respectfully submitted,

                                  /s/ Jeffrey T. Hammerschmidt
                                  Jeffrey T. Hammerschmidt
                                  Attorney for Defendant,
                                  Francheska Brizan


Dated: February 18, 2010          /s/ Karen Escobar
                                  Karen Escobar
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANCHESKA BRIZAN,<br><br>　　　　Defendant | Case No.: 1:06-cr-00059 AWI |

ORDER

IT IS ORDERED that the February 22, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on March 29, 2010 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 18, 2010**　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE