1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00059-AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | SENTENCING |
| v. | ) | |
| | ) | |
| FRANCHESKA BRIZAN, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————————— | ) | |

16
17    Pursuant to the stipulation filed by the parties on March 24, 2010, the sentencing hearing
18 scheduled for March 29, 2010 is continued to May 10, 2010, at 9:00 a.m.
19
20
21 IT IS SO ORDERED.
22 **Dated:    March 25, 2010**                      /s/ Anthony W. Ishii
23                                  CHIEF UNITED STATES DISTRICT JUDGE
24
25
26
27
28