Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Francheska Brizan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCHESKA BRIZAN,<br><br>　　　　Defendant | Case No.: 1:06-cr-00059 AWI<br><br>**STIPULATION REGARDING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANCHESKA BRIZAN, and Karen Escobar, Assistant United States Attorney, that the sentencing hearing be continued from May 10, 2010, at 9:00 a.m., to June 28, 2010, at 9:00 a.m.

Dated:  May 6, 2010                                   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　Francheska Brizan


Dated:  May 6, 2010                                   /s/ Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　　Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 6, 2010**                              **/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE