Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Francheska Brizan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-cr-00059 AWI |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SENTENCING DATE** |
| FRANCHESKA BRIZAN, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANCHESKA BRIZAN, and Karen Escobar, Assistant United States Attorney, that the sentencing hearing be continued from July 19, 2010, at 9:00 a.m., to August 30, 2010, at 9:00 a.m.

Dated: July 15, 2010                        Respectfully submitted,

                                            /s/ Jeffrey T. Hammerschmidt
                                            Jeffrey T. Hammerschmidt
                                            Attorney for Defendant,
                                            Francheska Brizan

Dated: July 15, 2010                        /s/ Karen Escobar
                                            Karen Escobar
                                            Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>FRANCHESKA BRIZAN,<br><br>       Defendant | Case No.: 1:06-cr-00059 AWI |

ORDER

IT IS ORDERED that the July 19, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on August 30, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 15, 2010      _____

                          CHIEF UNITED STATES DISTRICT JUDGE