Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Francheska Brizan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>FRANCHESKA BRIZAN,<br><br>        Defendant | Case No.: 1:06-cr-00059 AWI<br><br>**STIPULATION REGARDING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANCHESKA BRIZAN, and Karen Escobar, Assistant United States Attorney, that the sentencing hearing be continued from August 30, 2010, at 9:00 a.m., to October 4, 2010, at 9:00 a.m.

Dated: August 26, 2010                               Respectfully submitted,

                                                              /s/ Jeffrey T. Hammerschmidt
                                                              Jeffrey T. Hammerschmidt
                                                              Attorney for Defendant,
                                                              Francheska Brizan


Dated: August 26, 2010                               /s/ Karen Escobar
                                                              Karen Escobar
                                                              Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>FRANCHESKA BRIZAN,<br><br>      Defendant | Case No.: 1:06-cr-00059 AWI |

ORDER

IT IS ORDERED that the August 30, 2010 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on October 4, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   August 27, 2010                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE