BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-0059 AWI |
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: CONTINUANCE AND ORDER |
| FRANCHESKA BRIZAN, | ) | |
| Defendant. | ) | |

Defendant FRANCHESKA BRIZAN, by and through her attorney, JEFFREY T. HAMMERSCHMIDT, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the February 28, 2011, hearing date and reset the matter for March 21, 2011, at 11:00 a.m. due to the unavailability of the government's attorney, who is required to serve jury duty on February 28.

///

1

DATED: February 23, 2011          Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                               By: /s/ Karen A. Escobar
                                   KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

                                   /s/ Jeffrey T. Hammerschmidt
                                   JEFFREY T. HAMMERSCHMIDT
                                   Attorney for Defendant
                                   FRANCHESKA BRIZAN

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of February 28 is hereby vacated and is reset for March 21, 2011, at 11:00 a.m.

IT IS SO ORDERED.

Dated:     February 24, 2011                            
                              CHIEF UNITED STATES DISTRICT JUDGE