**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **NO. 1:06-CR-00059 AWI** |
| | ) | |
| **Plaintiff**, | ) | **ORDER GRANTING PRO HAC** |
| | ) | **VICE APPLICATION** |
| **v.** | ) | |
| | ) | |
| **FRANCHESKA BRIZAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ———————————————— | ) | |

The court has read and considered the application of William Mallory Kent for admission
to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of
Practice of the United States District Court for this District.  Having reviewed the application,
William Mallory Kent's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:   May 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE