```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:06-cr-0059 AWI
                                   )
12              Plaintiff,         )
                                   )
13      v.                         )  STIPULATION RE:
                                   )  CONTINUANCE AND ORDER
14  FRANCHESKA BRIZAN,             )
                                   )
15                                 )
                Defendant.         )
16  _____)
```

17      Defendant FRANCHESKA BRIZAN, by and through her attorneys,
18  JEFFREY T. HAMMERSCHMIDT and WILLIAM MALLORY KENT, and the United
19  States of America, by and through its attorneys, BENJAMIN B.
20  WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant
21  United States Attorney, hereby enter into the following
22  stipulation:
23      1.  The parties to the above-captioned matter agree to a new
24  filing schedule for the government's response to the defendant's
25  pending motion to be filed on or before June 20 at 4 p.m. and the
26  defendant's reply, if any, to be filed on or before July 5 at 4
27  p.m.
28      2.  The parties stipulate that the schedule change is

necessitated to accommodate the government's attorney's compressed work schedule.

DATED: May 26, 2011                         Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              By: /s/ Karen A. Escobar
                                                 KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

                                              /s/ Jeffrey T. Hammerschmidt
                                              JEFFREY T. HAMMERSCHMIDT
                                              WILLIAM MALLORY KENT
                                              Attorneys for Defendant
                                              FRANCHESKA BRIZAN

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the government's response to the defendant's pending motion shall be filed on or before June 20 at 4 p.m.  The defendant's reply, if any, shall be filed on or before July 5 at 4 p.m.


IT IS SO ORDERED.

Dated:      May 27, 2011                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE