Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Francheska Brizan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>FRANCHESKA BRIZAN,<br><br>            Defendant | Case No.: 1:06-cr-00059 AWI<br><br>**STIPULATION REGARDING SENTENCING AND BRIEFING SCHEDULE** |

　　　　IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANCHESKA BRIZAN, and Karen Escobar, Assistant United States Attorney, that the sentencing hearing be continued from July 25, 2011, at 1:30 p.m., to August 29, 2011, at 11:00 a.m.  IT IS FURTHER STIPULATED that Defendant's Sentencing Brief is due August 14, 2011, by 4:00 p.m., and the Government's Response is due August 21, 2011, by 4:00 p.m.

Dated:  July 13, 2011                                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　　　Francheska Brizan


Dated:  July 13, 2011                                     /s/ Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　　　　Karen Escobar
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:06-cr-00059 AWI |
| Plaintiff, ) | |
| vs. ) | |
| FRANCHESKA BRIZAN, ) | |
| Defendant ) | |

ORDER

IT IS ORDERED that the July 25, 2011 sentencing date be vacated.

IT IS ORDERED that the sentencing will now occur on August 29, 2011 at 11:00 a.m.

IT IS SO ORDERED.

Dated:  July 13, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

2