Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Francheska Brizan

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANCHESKA BRIZAN,<br><br>  Defendant | Case No.: 1:06-cr-00059 AWI<br><br>**STIPULATION AND ORDER REGARDING STATUS CONFERENCE AND SURRENDER DATE** |

  IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant FRANCHESKA BRIZAN, and Karen Escobar, Assistant United States Attorney, that the status conference be continued from November 14, 2011, at 11:00 a.m., to November 28, 2011, at 11:00 a.m.  IT IS FURTHER STIPULATED that defendant will surrender on December 6, 2011.

Dated:  November 8, 2011                    Respectfully submitted,

                                            /s/ Jeffrey T. Hammerschmidt
                                            Jeffrey T. Hammerschmidt
                                            Attorney for Defendant,
                                            Francheska Brizan


Dated:  November 8, 2011                    /s/ Karen Escobar
                                            Karen Escobar
                                            Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANCHESKA BRIZAN,<br><br>    Defendant | Case No.: 1:06-cr-00059 AWI |

ORDER

IT IS ORDERED that the November 14, 2011 status conference date be vacated.

IT IS ORDERED that the status conference will now occur on November 28, 2011 at 11:00 a.m.

IT IS ORDERED that defendant will surrender on December 6, 2011.


IT IS SO ORDERED.

Dated:   November 9, 2011        _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE