IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | 1:06-cr-00059 |
| Plaintiff,    ) | RESPONSE TO DEFENDANT-APPELLANT BRIZAN'S REQUEST FOR CLARIFICATION RE NINTH CIRCUIT RULE 9-1.2(e) AS IT RELATES TO THIS COURT'S SURRENDER ORDER |
| v.                                                   ) | |
| FRANCHESKA BRIZAN,                  ) | |
| Defendant.    ) | |

On March 19, 2012, the court received defendant's request for clarification re Ninth Circuit Rule 9-1.2(e) as it relates to this court's surrender order. This court's surrender order needs no clarification. On November 28, 2011 the court ordered defendant to surrender to the facility designated by the Bureau of Prisons or if no such facility has been designated defendant is to surrender to the United States Marshal in Fresno, California on March 29, 2012 before 2:00 p.m.

Dated: March 21, 2012

_____
Anthony W. Ishii
Chief United States District Judge