UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case No: 1:06-CR-59-AWI-8

FRANCHESKA BRIZAN
_____/

**BRIZAN'S UNOPPOSED MOTION TO CONTINUE HEARING SET FOR MARCH 25, 2013**

Comes Now the Defendant, FRANCHESKA BRIZAN ("Brizan"), by and through her undersigned counsel, to move this Honorable Court to continue or cancel the status conference set for Monday, March 25, 2013, at 11:00 a.m. in the above styled matter. In support of this unopposed motion counsel states as follows:

Brizan is currently released on conditions pending appeal. The Ninth Circuit Court of Appeals has granted Brizan's motion for stay of the mandate dismissing the appeal.

A status conference is set in this Court regarding this matter for Monday, March 25, 2013, at 11:00 a.m. In light of the order granting the motion for stay of the mandate at the Ninth Circuit Court of Appeals, Brizan requests that the status conference be cancelled at this time and be reset once the stay is lifted by the Ninth Circuit Court of Appeals.

Assistant United States Attorney, Karen Escobar, indicated that the government

would not be opposed to the relief requested in this motion.

WHEREFORE, the Defendant, FRANCHESKA BRIZAN, respectfully requests that this Honorable Court grant this unopposed motion and cancel or reset the status conference currently set for Monday, March 25, 2013, in the above styled matter, in light of the Ninth Circuit Court of Appeals granting Brizan's stay of the mandate.

    Respectfully submitted,

    THE LAW OFFICE OF
    WILLIAM MALLORY KENT


    s/William Mallory Kent
    William Mallory Kent
    Florida Bar No. 0260738
    1932 Perry Place
    Jacksonville, Florida 32207-3443
    (904) 398-8000
    (904) 348-3124 FAX
    (904) 662-4419 Cell Phone
    kent@williamkent.com
    ATTORNEY FOR BRIZAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Karen Ann Escobar | Jeffrey Hammerschmidt |
| karen.escobar@usdoj.gov | jeff@jeffhammerschmidt.com |

                                  s/William Mallory Kent
                                    William Mallory Kent

## ORDER

IT IS SO ORDERED.

Dated: ___March 21, 2013___  
                                                SENIOR DISTRICT JUDGE

4