UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.                                                    Case No. 1:06-CR-00059-008 AWI

FRANCHESKA BRIZAN
_____/

**BRIZAN'S UNOPPOSED MOTION TO EXONERATE PROPERTY BOND**

Comes Now FRANCHESKA BRIZAN ("Brizan") by her undersigned counsel, and files this unopposed motion to exonerate the property bond posted by Frank A Hubble, Jr, Deed [Doc. 96], receipt number 101-9173, recorder number 2006-042429, pursuant to Rule 46(g), Federal Rules of Criminal Procedure for the reason that the defendant has timely surrendered and the necessity for the bond has passed.

Assistant United States Attorney, Karen Escobar, indicated that the government would not be opposed to the relief requested in this motion.

    Respectfully submitted,

    THE LAW OFFICE OF
    WILLIAM MALLORY KENT
    <u>s/William Mallory Kent</u>
    WILLIAM MALLORY KENT
    Florida Bar No. 0260738
    1932 Perry Place
    Jacksonville, Florida 32207
    (904) 398-8000 Telephone
    (904) 348-3124 FAX
    (904) 662-4419 Cell Phone
    kent@williamkent.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                          Case No. 1:06-CR-00059-008 AWI

FRANCHESKA BRIZAN
_____/

### ORDER

The property bond posted by Frank A Hubble, Jr, Deed [Doc. 96], receipt number 101-9173, recorder number 2006-042429 on behalf of the above defendant is hereby Ordered EXONERATED.

IT IS SO ORDERED.

Dated:   January 30, 2014                        _____
                                                                SENIOR DISTRICT JUDGE